# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-25-00281-CV

---

In re 1500 Bosque, Inc. and Jallaludin Merchant, d/b/a JM Foodmart, JM Food Mart, J M Foodmart, and/or J M Food Mart

---

### Original Proceeding

---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

### MEMORANDUM OPINION

The Relators and the Real Parties in interest have filed a joint motion to dismiss this mandamus proceeding. The joint motion to dismiss is granted. This proceeding is dismissed. TEX. R. APP. P. 42.1(a).

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: December 11, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petition dismissed
OT06

